BOROUGH OF VERONA ET AL., APPELLANTS, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ESSEX ET AL., RESPONDENTS.

Submitted March 27, 1916—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 55.

For the appellants, *Borden D. Whiting.*

For the respondents, *Harold A. Miller* and *Robert M. Boyd, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.  13.

*For reversal*—None.